SILAS KENNEDY V. THE STATE.

No. 8104. Delivered December 3, 1924.

No motion for rehearing filed.

**Sale of Intoxicating Liquor—Evidence Sufficient.**

    No statement of facts nor bills of exception appearing in record, cause is affirmed.

Appeal from the District Court of Harrison County. Tried below before the Hon. P. O. Beard, Judge.

Appeal from a conviction for sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The unlawful sale of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year.

A plea of guilty was entered. No statement of facts accompanies the record, nor is there complaint of any ruling of the trial court preserved by bill of exceptions. No reason for a reversal has been perceived.

The judgment is affirmed.

                                           *Affirmed.*